_____



**SO ORDERED,**

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CHAPTER 13 NO:

BILL TRAYLOR, JR.                                    14-10147

### AGREED ORDER

THIS CAUSE came on for consideration on the Trustee's Objection to Confirmation, and, after notice and an opportunity for hearing, the Court, being fully advised in the premises, does hereby find and Order as follows:

THAT, the Trustee's Objection is withdrawn.

THAT, the Debtor's plan is hereby amended wherein the claim of Springleaf Financial shall be paid in full plus its contract rate of interest over the life of the plan, as the note will mature prior to the end of the plan period.

THAT, the savings realized from the alteration of the treatment of the claim of Springleaf shall be used to pay unsecured creditors in full.

THAT, this Order shall not become final for a period of twenty (20) days, giving all affected creditors opportunity to object to the entry of same.

THAT, the Trustee shall mail a copy of this Order to Springleaf Financial, and shall file a certificate of service of same with the Court.


###END OF ORDER###

APPROVED:

*Second Submission 3/17/2014*

_____
/S/ TERRE M. VARDAMAN
CHAPTER 13 TRUSTEE, MSB#8783


_____
DEBTOR'S ATTORNEY
CHRISTOPHER BAUER